```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16323
   NORRIS T MCNAMARA
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6339

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/25/2008 and was not confirmed.

     The case was dismissed without confirmation 09/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    SECURED NOT I  NOT FILED              .00             .00
DEUTSCHE BANK NATIONAL    CURRENT MORTG        .00              .00             .00
DEUTSCHE BANK NATIONAL    MORTGAGE ARRE   45000.00              .00             .00
VOLKSWAGEN CREDIT         SECURED VEHIC        .00              .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00             .00
ROXANNE MCNAMRA           NOTICE ONLY    NOT FILED              .00             .00
ROXANNE MCNAMRA           NOTICE ONLY    NOT FILED              .00             .00
PHILIP A IGOE             DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          ---------------    ---------------
TOTALS                          .00                .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16323 NORRIS T MCNAMARA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16323 NORRIS T MCNAMARA